The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHEYANNE [DIXSON] ROSA,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF ISSAQUAH, a municipal corporation in and for the State of Washington; MAYOR MARY LOU PAULY in her official capacity; WALLY BOBKIEWICZ, City Administrator, in his official capacity; STEPHANIE JOHNSON, Human Resources Director, in her official capacity,<br><br>      Defendants. | CASE NO. 2:24-cv-01673-TL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING THE INDIVIDUAL DEFENDANTS**<br><br>[CLERK'S ACTION REQUIRED]<br><br>Noted for January 2, 2025 |

## STIPULATION

Plaintiff Cheyanne Dixson Rosa ("Plaintiff") and Defendants Stephanie Johnson, Mayor Mary Lou Pauly, and Wally Bobkiewicz (the "Individual Defendants"), by and through their counsel, hereby stipulate and agree to the dismissal of all claims against the Individual Defendants with prejudice and without fees or costs to any party. Plaintiff's four claims will proceed against only Defendant the City of Issaquah.

STIPULATION AND ORDER DISMISSING INDIVIDUAL
DEFENDANTS - 1
CASE NO. 2:24-CV-01673-TL

DATED this 2nd day of January, 2025.

PACIFIC JUSTICE INSTITUTE:

By: *s/ Tracy Tribbett (with permission)*
Tracy Tribbett, WSBA #35922
6404 Three Rivers Drive
Pasco, WA 99301
(509)-713-9868
ttribbett@pji.org

*Attorneys for Plaintiff*

SUMMIT LAW GROUP, PLLC

By *s/ Shannon E. Phillips*
Shannon E. Phillips, WSBA #25631
Molly J. Gibbons, WSBA #58357
315 Fifth Avenue S, Suite 1000
Seattle, WA 98104
(206) 676-7000
shannonp@summitlaw.com
mollyg@summitlaw.com

*Attorneys for Defendants*

STIPULATION AND ORDER DISMISSING INDIVIDUAL
DEFENDANTS - 2
CASE NO. 2:24-CV-01673-TL

**ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that all claims in this case against Defendants Stephanie Johnson, Mayor Mary Lou Pauly, and Wally Bobkiewicz are hereby dismissed with prejudice and without fees or costs to any party. Plaintiff's four claims will proceed against only Defendant the City of Issaquah.

DATED this 2nd day of January, 2025.

Tana Lin
United States District Judge

Presented by:

PACIFIC JUSTICE INSTITUTE:

By: *s/ Tracy Tribbett (with permission)*
Tracy Tribbett, WSBA #35922
6404 Three Rivers Drive
Pasco, WA 99301
(509)-713-9868
ttribbett@pji.org

*Attorneys for Plaintiff*

SUMMIT LAW GROUP, PLLC

By *s/ Shannon E. Phillips*
Shannon E. Phillips, WSBA #25631
Molly J. Gibbons, WSBA #58357
315 Fifth Avenue S, Suite 1000
Seattle, WA 98104
(206) 676-7000
shannonp@summitlaw.com
mollyg@summitlaw.com

*Attorneys for Defendants*