Hon. Tana Lin

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHEYANNE DIXSON ROSA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ISSAQUAH,<br><br>Defendant. | No.  2:24-cv-01673-TL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE DEFENDANT'S EXPERT, DR. LYNCH** |

Before the Court is the Plaintiffs' Daubert Motion to exclude the report and declaration of Defendant's Expert, Dr. Lynch.

After consideration of the Plaintiffs' motion, filing(s), and any response filed thereto, [and having heard argument of counsel] it is hereby ordered that the motion to exclude the expert opinion of Dr. John Lynch is GRANTED. Plaintiffs have established the expert opinion and declaration of Dr. Lynch fails under Fed. R. Evid. 702. The opinion lacks relevance and reliability, and will not assist the trier of fact. *Daubert v. Merrell Dow Pharms., Inc. ("Daubert I"),* 509 U.S. 579 (1993), *United States v. Sandoval-Mendoza,* 472 F.3d 645 (9th Cir. 2006).

Plaintiffs' Daubert Motion is GRANTED.

IT IS SO ORDERED.

"Dated this ___ day of _____, 2025

HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented By:

PACIFIC JUSTICE INSTITUTE
Tracy Tribbett, WSBA #35922
Attorney for Plaintiffs
6404 Three Rivers Drive
Pasco, WA 99301
509-713-9868
ttribbett@pji.org

*CERTIFICATE OF SERVICE*

I hereby certify that on this 23rd day of May, 2025 I filed a copy of this [Proposed] Order via the Court's CM/ECF filing system, which will send notification to counsel of record.

PACIFIC JUSTICE INSTITUTE

BY  s/Tracy Tribbett
Tracy Tribbett, WSBA #35922
Attorney for Plaintiffs
6404 Three Rivers Drive
Pasco, WA 99301
509-713-9868
ttribbett@pji.org
